**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**SAM BRADFORD, #40579**                                                  **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 5:09-cv-112-DCB-MTP**

**CAMMIE HUTCHISON, et al.**                                          **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed with prejudice, as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, this dismissal will count as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the   15th   day of October, 2009.


                                                      s/   *David Bramlette*
                                                      UNITED STATES DISTRICT JUDGE